IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DONALD HERTZIG, | No. 2:09-cv-00002-MCE-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| JAMES YATES, et al., | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is a motion for reconsideration (Doc. 23) of the Magistrate Judge's May 28, 2009 order.

Pursuant to Eastern District of California Local Rule 72-303(f), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law. The May 28, 2009 order is, therefore, affirmed.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for reconsideration (Doc. 23) is denied;

2. The Magistrate Judge's May 28, 2009 order is affirmed; and

3. No further motions for reconsideration of this order will be considered.

Dated: June 25, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE